# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL WAYNE STILLWAGON<br>(DOB 12/31/1995)<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     21-mj-2009DPR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 5, 2018, and continuing through July 24, 2019, in the county of Newton in the Western District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | Beginning on an unknown date, but as early as September 5, 2018, and continuing through July 24, 2019, said dates being approximate, in Newton County, and elsewhere, in the Western District of Missouri, MICHAEL WAYNE STILLWAGON, the defendant, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). |

This criminal complaint is based on these facts:

Please see attached affidavit of HSI TFO Matt Smith

☑ Continued on the attached sheet.

_____
Complainant's signature

Matt Smith, HSI TFO
_____
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 2/9/21

_____
Judge's signature

City and state: Springfield, Missouri     David P. Rush, Chief United States Magistrate Judge, Western District of Missouri
_____
Printed name and title